**FILED UNDER SEAL PURSUANT TO THE E-GOVERNMENT ACT OF 2002**

**REDACTED**

JS 45 (11/2002)

## Criminal Case Cover Sheet U.S. District Court

**Place of Offense:**
City _____
County/Parish Arlington

Under Seal: Yes X No ___
___ Superseding Indictment
___ Same Defendant
___ Magistrate Judge Case Number
Search Warrant Case Number _____
R 20/R 40 from District of _____

Judge Assigned: LO
Criminal Number: 1:07cr377
New Defendant X
Arraignment Date: _____

**Defendant Information:**
Juvenile – Yes ___ No X FBI # _____
Defendant Name: Yaser Khareddin Bushnaq Alias Name(s) _____
Address: _____
Employment: _____

Birth date _____ SS# _____ Sex M Def Race _____ Nationality Jordanian Place of Birth Jordan
Height _____ Weight ___ Hair Black Eyes Brown Scars/Tattoos _____
Interpreter: X No ___ Yes List language and/or dialect: _____ Automobile Description _____

**Location Status:**
Arrest Date _____
___ Already in Federal Custody as of _____ in _____
___ Already in State Custody ___ On Pretrial Release ___ Not in Custody
X Arrest Warrant Requested ___ Fugitive ___ Summons Requested
___ Arrest Warrant Pending ___ Detention Sought ___ Bond _____

**Defense Counsel Information:**
Name: _____ ___ Court Appointed Counsel conflicted out: _____
Address: _____ ___ Retained
Telephone: _____ ___ Public Defender Federal Public Defender's Office conflicted out: ___

**U.S. Attorney Information:**
AUSA Gordon Kromberg Telephone No: 703-299-3700 Bar # _____

**Complainant Agency, Address & Phone Number or Person & Title:**
SA Shawn Devroudet, FBI - WFO, 601 4th Street, NW, Washington DC, 20535

**U.S.C. Citations:**

| | Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|---|
| Set 1 | 18 U.S.C. 1425(a) | Unlawful Procurement of Citizenship | 1 | Felony |
| Set 2 | | | | |
| Set 3 | | | | |

(May be continued on reverse)

Date: 9/10/07 Signature of AUSA: _____