AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

**EASTERN**    DISTRICT OF    **VIRGINIA**

RECEIVED
SEP 1 2
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VA.

UNITED STATES OF AMERICA

v.

**Yazer Khareddin Bushnaq**

## WARRANT FOR ARREST

CASE NUMBER: 07 CR 377

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest    Yazer Khareddin Bushnaq

Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☒ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)

in violation of Title _____ United States Code, Section(s) _____ 1425(a)

Richard Banke
Name of Issuing Officer

Deputy Clerk
Title of Issuing Officer

RP Banke
Signature of Issuing Officer

9/12/07 @ Alexandria, VA
Date and Location

Bail fixed at $ _____

By _____    _____
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |